# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ONTARIO MOSELEY**                                                       **PLAINTIFF**

**v.**                     **Case No. 5:16-CV-0078-KGB-JTK**

**WARREN POLICE DEPARTMENT,** *et al*.                     **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from Magistrate Judge Jerome T. Kearney (Dkt. No. 4).  Plaintiff Ontario Moseley filed no objections to the Proposed Findings and Recommendations.  After careful review, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects.  Mr. Moseley's complaint is dismissed without prejudice.

It is so ordered this 5th day of December, 2016.

Kristine G. Baker
United States District Judge