# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ONTARIO MOSELEY**                                                                            **PLAINTIFF**

**v.**                             **Case No. 5:16-CV-0078-KGB-JTK**

**WARREN POLICE DEPARTMENT,** *et al*.                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff Ontario Moseley's complaint is dismissed without prejudice. The relief requested is denied.

It is so ordered this 5th day of December, 2016.

_____
Kristine G. Baker
United States District Judge